## Constance R. SPEED, Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

## United States Postal Service, Intervenor.

No. 2007–3257.

United States Court of Appeals, Federal Circuit.

June 6, 2008.

Kenneth M. Plaisance, of New Orleans, Louisiana, argued for petitioner.

Calvin M. Morrow, Attorney, Office of the General Counsel, Merit Systems Pro-

tection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel; and Rosa M. Koppel, Deputy General Counsel.

Allison Kidd–Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for intervenor. With her on the brief were Jeanne E. Davidson, Director; and Todd M. Hughes, Deputy Director.

MICHEL, Chief Judge, LINN, Circuit Judge, and ZAGEL *, District Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.